November 3, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

IHSAN SHANTI, M.D., LARRY LIKOVER, M.D., REHAB ALLIANCE OF TEXAS, INC., D/B/A STEEPLECHASE FAMILY HEALTHCARE AND STEEPLECHASE PAIN MANAGEMENT & SURGICAL ASSOCIATES, SHEILA SMITH, F/N/A SHEILA GOYER, DENNIS SMITH, D.C., AND KARL COVINGTON, M.D., Appellants

NO. 14-10-01126-CV
NO. 14-10-01147-CV          V.
NO. 14-10-01148-CV

ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE COUNTY MUTUAL INSURANCE COMPANY, AND ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, Appellees

————————————

These causes, appeals from orders denying the motions to dismiss the suit filed by appellees, Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, Allstate County Mutual Insurance Company, and Allstate Fire & Casualty Insurance Company, signed October 25, 2010, and November 5, 2010, were heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Ihsan Shanti, M.D., Larry Likover, M.D., Rehab Alliance of Texas, Inc., d/b/a Steeplechase Family Healthcare and Steeplechase Pain Management & Surgical Associates, Sheila Smith, f/n/a Sheila Goyer, Dennis Smith, D.C., and Karl

Covington, M.D., jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.